AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Devatee Tymar Clinton, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     0:12-cv-02059-CMC |
| | ) | |
| Lancaster County Magistrate; Lancaster County | ) | |
| Sheriffs Office; Officer Joseph Catalano, 0154, | ) | |
| *Defendant*s | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, Devatee Tymar Clinton, shall take nothing of the defendant; Lancaster County Magistrate,
Lancaster County Sheriffs Office, Officer Joseph Catalano, from the complaint filed pursuant to 42 U.S.C. § 1983 and
this action is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, adopting the Report
and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the
complaint without prejudice.

Date:   February 25, 2013                          *LARRY W. PROPES, CLERK OF COURT*


                                                   s/A. Buckingham

                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*